UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ERIN BERGEY,

                Plaintiff,

                                                            ORDER
      v.                                             10-CV-401A

ACCELERATED RECEIVABLES,

                Defendant.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On November 2, 2011, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion for summary judgment be granted to the extent it seeks summary judgment, but otherwise denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion is granted to the extent it seeks summary judgment, but otherwise denied.

        The Clerk of Court shall take all steps necessary to close the case.

        SO ORDERED.

                                                  *s/ Richard J. Arcara*
                                                  HONORABLE RICHARD J. ARCARA
                                                  UNITED STATES DISTRICT JUDGE

DATED: December 1, 2011